UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JANINE M. SNOW,

      Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

NO. CV-09-0089-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 22nd day of February, 2010.

                                      JAMES R. LARSEN
                                      District Court Executive/Clerk


                            by: ____s/ Karen White_____
                                 Deputy Clerk

cc: all counsel